NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7013

JOHN F. MCBURNEY,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in case no. 08-4015, Judge Robert N. Davis.

ON MOTION

ORDER

Upon consideration of the appellant's motion for an extension of time, out of time, until March 31, 2010, to file his opening brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

FEB 16 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Mark J. McBurney, Esq.
    Meredyth Cohen Havasy, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 16 2010

JAN HORBALY
CLERK